

CM Camacho Mauro Mulholland, LLP
Attorneys at Law

EMPIRE STATE BUILDING • 350 FIFTH AVENUE • SUITE 5101 • NEW YORK, NY 10118
tel. (212) 947-4999 • fax. (212) 947-8099 • www.cmmattorneys.com

December 8, 2008

*Via ECF & Facsimile*

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*(718) 613-2365*

Re: Marie Tinsley v. Bally's Park Place, Inc.
D/L: 11/27/06
Index No.: 08-630
Our File No.: HARY-1916-C

Dear Judge Pollak:

I represent defendant Boardwalk Regency Corporation d/b/a Caesar's Atlantic City in the above referenced matter which is scheduled for a settlement conference before Your Honor tomorrow at 10:30 a.m.

I write to request a brief adjournment of this conference. Since our last conference, we have provided plaintiff's counsel with voluminous documents. However, some of these documents mistakenly did not cover the period of time that plaintiff had requested and we are in the process of getting these records from the Facilities Department. Moreover, we are attempting to obtain the blue prints for the parking garage from the Engineers. We have conducted the deposition of the plaintiff recently and also have allowed plaintiff's liability expert to do a site inspection. We have also designated the independent medical examination of the plaintiff which will hopefully be done at the beginning of January, 2009.

I believe we will be in a much better position to discuss potential settlement of this matter after we provide plaintiff with these documents and conduct the deposition of a Caesars employee which should take place in January, 2009. Thus, I request that the settlement conference be rescheduled for February, 2009.

I have spoken to my adversary who consents to this request and agrees that it will be beneficial for all discovery to be completed prior to the settlement conference.

12 Roszel Road • Suite A-204 • Princeton, NJ 08540 • tel. (609) 452-7999 • fax. (609) 452-9222
Please respond to New York office

I thank you in advance for your courtesies.

Respectfully submitted,

CAMACHO MAURO MULHOLLAND, LLP

Christopher C. Mauro
CCM/gz
Z:\CASES\1916\oc\Judge Pollak re adj of sett conf.doc

cc: Annette M. Scarano, Esq.
910 Route 308
Rhinebeck, New York 12572
(845) 876-5568
Attorneys for Plaintiff

SO ORDERED

*Cheryl Pollak*
U.S. Magistrate Judge